AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| | |
|---|---|
| **United States District Court** | District: Southern |
| Name (under which you were convicted): Charlie Blunt | Docket or Case No.: 3:26cv237KHJ-BWR |
| Place of Confinement: Raymond Detention Center Tallahatchie County Jail | Prisoner No.: 81425 |
| Petitioner (include the name under which you were convicted) Charlie Blunt | v. Respondent (authorized person having custody of petitioner) Hinds County Circuit Court and MDOC Parole Board |
| The Attorney General of the State of: MISSISSIPPI | |

"Evidentiary Hearing Requested"

**PETITION**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR - 8 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
Hinds County Circuit Court, Mississippi
— See Attached Pages A-F —
— See Also Page -G- Attached Question??

(b) Criminal docket or case number (if you know): 2012-093(2) / 10-806

2. (a) Date of the judgment of conviction (if you know): April 15, 2011

(b) Date of sentencing: April 15, 2011

3. Length of sentence: Life without Parole under Miss. Code Ann. §99-19-83

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case:
Motor Vehicle theft under M.C.A. §99-19-83

- See Other Supporting Facts page (1) and (2) Attached
- See 2019 Enbanc determination issue Attached—

6. (a) What was your plea? (Check one)

☑ (1) Not guilty ☐ (3) Nolo contendere (no contest)

☐ (2) Guilty ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Mississippi Supreme Court/Court of Appeals

(b) Docket or case number (if you know): Can not remember

(c) Result: Affirmed

(d) Date of result (if you know): Can not remember

(e) Citation to the case (if you know): Can not remember

(f) Grounds raised: Three Issues, I can not remember

(g) Did you seek further review by a higher state court? ☑ Yes ☐ No

If yes, answer the following:

(1) Name of court: United States Supreme Court

(2) Docket or case number (if you know): Can not remember

(3) Result: Denied/Affirmed

AO 241 (Rev. 09/17)

(4) Date of result (if you know): Can not remember

(5) Citation to the case (if you know): Can not remember

(6) Grounds raised: Can not remember

(h) Did you file a petition for certiorari in the United States Supreme Court? ☑ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): Can not remember

(2) Result: Denied / Affirmed

(3) Date of result (if you know): Can not remember

(4) Citation to the case (if you know): Can not remember

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Greene County Circuit Court

(2) Docket or case number (if you know): 2012-093(2)

(3) Date of filing (if you know): August 2012

(4) Nature of the proceeding: "illegal" Sentence under M.C.A. § 99-19-83

(5) Grounds raised: Blunt Challenged that his indictment for the Crime ("motor vechile theft") Cause no. 10-806 stamped filed July 29, 2010 under M.C.A. § 99-19-83 big violent habitual offender law states a "Fabricated False Prior Conviction felony of [Aggravated Assault w/ weapon in cause no. 92-3-451 on March 01, 1993]. Blunt was Previous Convicted for (simple Assault) on March 01, 1993 in Cause no. 92-3-451, not Aggravated Assault w/weapon as Blunt indictment stated. Blunt has no Prior felony crime of Violence on Record.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: Blunt ARP Complaint was Changed into An post-Conviction Relief motion under § 99-39-5 and transfered back into Hinds County Circuit Court for Relief October 01, 2012, that has not been Given as of March 27, 2026

AO 241 (Rev. 09/17)

(8) Date of result (if you know): October 01, 2012 (Cause no. 2012-093(2))

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Hinds County Circuit Court Mississippi

(2) Docket or case number (if you know): Request hearing to Show Proof

(3) Date of filing (if you know): June 03, 2018 Judge Adrienne Wooten

(4) Nature of the proceeding: Petition For Parole under 47-7-3(1)(G)(iii)

(5) Grounds raised: Blunt Requested parole Consideration under 47-7-3(1)(G)(iii) M.C.A. §99-19-81 lesser habitual due to Blunt stated he do not have any Prior felony Crime of Violence listed under section §97-3-2 on his record in order to be Sentenced under M.C.A. §99-19-83 big Violent habitual offender statute because Blunt have four (4) non-violent Prior Conviction And further Requested Early Release At the time of Seven years And Seven months of sentence.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: Blunt was Granted Parole under 47-7-3(1)(G)(iii)

(8) Date of result (if you know): June 03, 2019 by Judge A. Wooten

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Hinds County Circuit Court, Mississippi

(2) Docket or case number (if you know): Can not remember

(3) Date of filing (if you know): April 30, 2024 still pending no ruling

(4) Nature of the proceeding: Motion To Vacate M.C.A. §99-19-83

(5) Grounds raised: Blunt Request habitual §99-19-83 to be Vacated And Rendered Because MDOC Parole Board And Parole Official Mr. Cecil Lott resentenced Blunt under Double Jeopardy After Blunt was Released from Prison February 03, 2021 And placed Blunt on Parole For Life without any evidence to do so. Blunt been illegally held under MDOC Supervision Since he been released February 03, 2021 For The Rest of his Life And was illegally held on Parole Violation For 58 day from April 16, 2024 And now Again illegally held from February 25, 2026 without any evidence to do so And Judge Wooten has failed To Correct Blunt's illegal Parole of Life As of March 27, 2026.

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: Blunt Appeared Judge Wooten Court Feb. 23, 2026 she fail to Correct it.

(8) Date of result (if you know): February 23, 2026

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☐ Yes ☑ No

(2) Second petition: ☐ Yes ☑ No

(3) Third petition: ☐ Yes ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Blunt was Locked on rotation Plus Mississippi Supreme Court in 2019 barred Blunt to file Anything As An Pro'se defendant. See Enbanc order rendered 2019 Mississippi Supreme Court with Judge Dissenting

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

— see Attached Pages — Since Blunt Been Released February 03, 2026

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Blunt has been Placed under Double Jeopardy After Blunt Release from Prison February 03, 2021 by MDOC office without Due Process, under Fifth, Sixth And Fourteen Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

After Blunt was released on Parole under 47-7-3(1)(G)(iii) MDOC Parole Official placed Blunt on Parole For the Rest of his Life back under M.C.A. §99-19-83 big Violent habitual law without any Evidence to do so. Blunt was found to be an §99-19-81 lesser habitual June 03, 2019 by Judge Wooten. Once MDOC reapplied M.C.A. 99-19-83 For Life Parole for Blunt, Double Jeopardy was applied.

(b) If you did not exhaust your state remedies on Ground One, explain why: Blunt exhausted his State remedies, Plus Greene County Circuit Court requested the Attorney General office to Respond, September 24, 2012, but they failed to respond, So on October 01, 2012 Greene County Court Granted Blunt Relief under 99-39-5 And transferred Venue back into Hinds County Circuit Court As which now over Fifteen (15) years without Relief Granted, plus Motion to vacate pending since April 30, 2024 in Judge Wooten Court without An Ruling. Delay in Justice. Blunt request evidentiary hearing to bring supporting documents see evidence on social media on Charley Blunt Facebook Page Charley Blunt

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: My Lawyer WAS ineffective And did not Raise none of these issues

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: See Blunt very First post-Conviction filed 2012.

Type of motion or petition: Post-Conviction Collateral Relief

Name and location of the court where the motion or petition was filed: Mississippi Supreme Court

Docket or case number (if you know): CAN not Remember

Date of the court's decision: 2012 CAN not remember month nor date

Result (attach a copy of the court's opinion or order, if available): I have A Copy of Opinion at home. It WAS not Given merit Review on Blunt very First Post-Conviction plus Blunt is now illegally Detained in JAil.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Mississippi Supreme Court / Motion For ReConsideration

Docket or case number (if you know): CAn not Remember

Date of the court's decision: CAn not Remember

Result (attach a copy of the court's opinion or order, if available): Do not have Copy

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I Filed A motion for ReConsideration to the Supreme Court to Review Blunt First Post-Conviction that WAS later Denied without Merit review. The State Claimed they gave Blunt Merit Review. see State response on Blunt first 2254 First Filed. see social media Page [Charley Blunt]

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Blunt Appeared in Hinds County Circuit Court in Judge Wooten Court February 23, 2026, But She stated the Parole Board got Jurisdiction on my case, not her.

**GROUND TWO:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

AO 241 (Rev. 09/17)

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : N/A

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

N/A

N/A

N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

N/A

N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A

N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

N/A

N/A

N/A

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

N/A

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

N/A

N/A

**GROUND FOUR:** N/A

N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state: N/A

Type of motion or petition: N/A

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: N/A

(c) At trial: Attorney Affram Y. Sellers

(d) At sentencing: Attorney Affram Y. Sellers

(e) On appeal: Justin Cook

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Because MDOC Parole office has placed Blunt on Parole for the rest of his Life, Plus Blunt has now been on Parole for five (5) years that he has been home since February 03, 2026 Plus Blunt is illegally held on Parole on an illegal and expired sentence which requires Blunt to be be Release immediately.

AO 241 (Rev. 09/17)

Blunt has been held in Custody for the Second time since he been home since February 03, 2021, As which Blunt is being Kidnapped And held under human trafficking by MDOC Parole offical Agent Flemming And Cecil Lott At the Raymond Detention Center And Tallahatchie Jail without Any Evidence to do so, plus Blunt CAN prove he is Actual innonce For the Crime motor Vehicle theft if Blunt was given An Evidentiary And request Blunt Documents from Blunt Preliminary hearing that was held in City OF Jackson Municipal Court June 26, 2010 For the Crime Carjacking where Blunt was released on his own Recognizance (ROR) And was later indicted by County prosecutor for Motor Vehicle theft as an lesser included offense. Blunt request Evidentiary Hearing to Prove fabrication during Blunt trial to get An Conviction for motor Vehicle theft. Blunt is Actual Innocence under U.S.C. § 1746 Request Hearing to bring All supporting documents.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Release from Custody immediately with Parole of Life Vacated and Rendered with Blunt Compensated for each day served illegally.

or any other relief to which petitioner may be entitled.

See social media pages for proof of all Blunt supporting documents namely: (1) Charley Blunt (2) Mississippi Department of Corruption and (3) Fred Chambliss for exposing corruption over the state and government.

Signature of Attorney (if any)

Blunt is being illegally held in custody for exposing corruption from MDOC and MDOC Parole board since Blunt release February 03, 2021. This is MDOC Retaliation to keep Blunt quite by locking him up.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on February 25, 2026 (month, date, year).

U.S.C. § 1746

Executed (signed) on March 27, 2026 (date).

Home Address
Mr. Charlie Blount
2011 Martin Luther King Jr. Dr.
Jackson, MS. 39203
Email: runtellatent@gmail.com

Charlie Blount

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.